# Court of Appeals
# of the State of Georgia

ATLANTA, February 04, 2013

*The Court of Appeals hereby passes the following order:*

## A13A1026. SAMUEL JONES v. GEORGIA DEPARTMENT OF HUMAN SERVICES, ex rel., LYNNA JANINE JONES.

On November 26, 2012, the trial court entered an order finding Samuel Jones in contempt for willful failure to pay child support under a prior divorce decree. Jones filed a notice of appeal from the contempt order on December 27, 2012.

The Supreme Court has appellate jurisdiction over "[a]ll divorce and alimony cases." Ga. Const. of 1983, Art. VI, Sec. VI, Par. III (6). In Georgia, when the obligation to pay child support arises from a prior divorce proceeding, child support is a form of alimony. See *Spurlock v. Dept. of Human Resources*, 286 Ga. 512, 513 (1) (690 SE2d 378) (2010); *Jones v. Jones*, 280 Ga. 712, 715-716 (2) (632 SE2d 121) (2006). As the trial court's contempt finding was based on Jones's failure to pay child support arising from a final judgment of divorce, it appears that jurisdiction lies in the Supreme Court. See *Spurlock*, supra; *Smith v. Smith*, 254 Ga. 450, 452 (2) (330 SE2d 706) (1985). This appeal is therefore TRANSFERRED to the Supreme Court for disposition.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,* 02/04/2013
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

 *, Clerk.*